**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: WILLIS JACKSON         Case No. 20-15405 AJC
                              Chapter: 13

_____Debtor_____/

**NOTICE TO WITHDRAW DOCUMENT**

    Debtor is hereby notifying the court of the withdrawal of the following documents listed as ECF# 60 and 62 related to objection to IRS claim.

S/Ralph S. Francois
**Ralph S. Francois, Esq.**
Attorney for Debtors

6453 Pembroke Rd
Hollywood, FL 33023
(954) 391-9009
Fax: (954) 391-9004
FBN:0115770

lawrfrancois@yahoo.com

By: /s/ Ralph S. Francois

Dated: 08/21/2020

CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing notice was served via EF/ECM to the clerk of court to be served on all the concerned parties on the mailing list on January 21, 2021 and including the assigned trustee. Trustee and the other parties listed below

S/Ralph S. Francois

Ralph S. Francois, Esq.