Melbalynn Fisher, Esq.
GHIDOTTI | BERGER
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tel: (949) 427-2010
Fax: (949) 427-2732
Email: bknotifications@ghidottiberger.com

Authorized Agent for Secured Creditor,
U.S. Bank Trust National Association, as Trustee of the Bungalow III Trust

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION

| | |
|---|---|
| In Re:<br><br>Willis Jackson,<br><br><br>Debtor. | Chapter 13<br><br>BK Case No.: 20-15405-AJC<br><br>WITHDRAWAL OF Notice of Postpetition Mortgage Fees, Expenses and Charges (Claim2) |

  U.S. Bank Trust National Association, as Trustee of the Bungalow III Trust, its Successors and Assigns, hereby withdraws its Notice of Postpetition Mortgage Fees, Expenses and Charges regarding–Claim 2, filed on November 11, 2020.

Dated: February 3, 2021     /s/ Melbalynn Fisher
                Attorney for U.S. Bank Trust National Association, as Trustee of the Bungalow III Trust, its Successors and Assigns

## **CERTIFICATE OF SERVICE**

On February 3, 2021, I served the foregoing documents described as Withdraw on the following individuals by electronic means through the Court's ECF program:

Ralph S. Francois, Esq. lawyerfrancois@gmail.com
Nancy K. Neidich e2c8f01@ch13miami.com
Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Lauren Simonton
Lauren Simonton

On February 3, 2021, I served the foregoing documents described as Withdraw on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

```
DEBTOR
Willis Jackson
2900 NW 156 Street
Miami Gardens, FL 33054
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Lauren Simonton
Lauren Simonton