**Fill in this information to identify the case:**

Debtor 1 _Willis Jackson_

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _Southern_ District of _Florida_
(State)

Case number _1:20-bk-15405-AJC_

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

Name of creditor: _U.S. Bank Trust, N.A., as Trust of the Bungalow Series III Trust_

Court claim no. (if known): _2-1_

**Last 4 digits** of any number you use to identify the debtor's account: _0465_ ____ ____

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☒ No
☐ Yes. Date of the last notice: ____/____/_____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ ____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ ____ |
| 3. Attorney fees | 6/11/20, 6/15/20 @ $55.00 | (3) | $ 110.00 |
| 4. Filing fees and court costs | | (4) | $ ____ |
| 5. Bankruptcy/Proof of claim fees | 6/17/20 (410 $550.00; 410A $250.00) | (5) | $ 800.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ ____ |
| 7. Property inspection fees | 6/11/20, 9/9/20 @ $13.50 ea. | (7) | $ 27.00 |
| 8. Tax advances (non-escrow) | | (8) | $ ____ |
| 9. Insurance advances (non-escrow) | | (9) | $ ____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ ____ |
| 11. Other. Specify: Property Preservation/Registration | 7/14/20  $60.00, $250.00 | (11) | $ 310.00 |
| 12. Other. Specify: Service costs - statutory mailings | 6/18/20 | (12) | $ 2.20 |
| 13. Other. Specify:_____ | | (13) | $ ____ |
| 14. Other. Specify:_____ | | (14) | $ ____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1

Debtor 1  __Willis Jackson__  Case number (*if known*) __1:20-bk-15405-AJC__
First Name    Middle Name    Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❏ I am the creditor.

❏ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ __/s/ Melbalynn Fisher, Esq.__   Date __11 / 11 / 2020__
Signature

Print: __Melbalynn Fisher__   Title __Authorized Agent for Secured Creditor__
First Name    Middle Name    Last Name

Company __Ghidotti Berger LLP__

Address __1031 North MIami Beach Blvd.__
Number    Street
__North Miami Beach, FL 33162__
City    State    ZIP Code

Contact phone ( __305__ ) __501__ – __2808__   Email __bknotifications@ghidottiberger.com__

*CASE NO.: 1:20-bk-15405-AJC*

## CERTIFICATE OF SERVICE

On November 11, 2020, I served the foregoing document described as *Notice of Postpetition Mortgage Fees, Expenses, and Charges* on the following individuals by electronic means through the Court's ECF program:

### DEBTOR(S) COUNSEL(S)

Ralph S. Francois       lawyerfrancois@gmail.com, lawrfrancois@yahoo.com

### TRUSTEE/TRUSTEE(S) COUNSEL(S)

Nancy K. Neidich       e2c8f01@ch13miami.com, ecf2@ch13miami.com
U.S. Trustee           USTPRegion21.MM.ECF@usdoj.gov

On November 11, 2020, I served the foregoing documents described as *Notice of Postpetition Mortgage Fees, Expenses, and Charges* on the following individuals by depositing true copies thereof in the United States mail at North Miami Beach, FL enclosed in a sealed envelope, with postage paid, addressed as follows:

*Debtor*
**Willis Jackson**
2900 NW 156 Street
Miami Gardens, FL 33054

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ricardo Becker
Ricardo Becker